FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) (CAP.) Ronald Cooks 05369-030
(Name of Plaintiff) (Inmate Number)
2400 Robert F. Miller Drive
Lewisburg, PA. 17837
(Address)

(2) _____
(Name of Plaintiff) (Inmate Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.

(1) (CAP.) J. Cotterall

(2) _____

(3) _____
(Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

1:17cv2108
(Case Number)

CIVIL COMPLAINT

FILED
SCRANTON
NOV 1 6 2017
PER _____ DEPUTY CLERK

TO BE FILED UNDER: ___ 42 U.S.C. § 1983 - STATE OFFICIALS
✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

N/A

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take? Tort

2. What was the result? An investigation fails to disclose any evidence of staff negligence for which the U.S. is liable

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: (CAP.) J. Cotterall

Employed as Case manager at U.S.P. Lewisburg
Mailing address: 2400 Robert F. Miller Dr. Lewisburg, PA. 17837

(2) Name of second defendant: _____
Employed as _____ at _____
Mailing address: _____

(3) Name of third defendant: _____
Employed as _____ at _____
Mailing address: _____

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. On 8-20-17 I sent three I.R.S. documents to case manager J. Cotterall requesting three set of copies and one set placed in my central

2

file. I never receive the documents back or any communion

2.

3.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. J. Cotterall liability bond liquidated, All/Any property tangible and intangible lien and seize for constitutional and intangible-Rights doctrine violation.

2.

3.

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___9+H___ day of __Nov._____, 20_17_.

by order of CCAP.) Ronald Cooks by: Ronald Cooks Auth. Rep.
(Signature of Plaintiff)

4

Ronald E. Cooks Acct./Reg. No. 05369030 ens legis
United States Penitentiary
P.O. Box 1000
Lewisburg, PA. 17837

RE: Actual And Constructive Notice

Attention: To whom These Presents shall Come; Greetings;

This Actual And Constructive Notice is hereby - Ronald E. Cooks in good faith and in accordance with law, Public Policy HJR-192 of June 5, 1933, Public Law 73-10, Public Law Title 48 Chap. 48 at Part 112, and C.F.R. 31 at Part 203 are liable for the debts of Ronald E. Cooks. Public debts of (CAP.) Ronald E. Cooks are to be forwarded to Department of the Treasury for discharge secured by exemption account. Secretary(ies) is hereby authorized to use exemption account 511743915 to satisfy any/all Public Debt/Fees Incurred upon (CAP.) Ronald E. Cooks. Thank you in advance. I leave as I come in peace.

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed on date: Nov. 9 2017

Sincerely,

Without Prejudice
by order of (CAP.) Ronald Cooks   by: Ronald Cooks, Auth. Rep.

Inmate Name: DONALD COOKS
Register Number: 06329-030
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

11/9/17

"LEGAL MAIL"

RECEIVED
SCRANTON
NOV 16 2017
PER _____
DEPUTY CLERK

OFFICIAL BUSINESS

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVE.
P.O. BOX 1148
SCRANTON, PA 18501-1148