# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Cooks v. Cotterall** | : | Civil Action No. 1:17-CV-2108 |
| Inmate: | Ronald Cooks | : | (Chief Judge Conner) |
| ID: | 05369-030 | : | |

## **ORDER**

On November 16, 2017, the individual listed above, filed the above civil rights complaint without submitting a filing fee or the mandatory financial forms required to proceed *in forma pauperis*. (Doc. 1).

By Administrative Order dated November 17, 2017, the Plaintiff was informed that this case would be dismissed, without prejudice, unless within thirty (30) days, he either paid the statutory filing fee of $400.00 or submitted an application to proceed *in forma pauperis* and an Authorization form. An application to proceed *in forma pauperis* and an Authorization form were enclosed with the Order. (Doc. 5).

The plaintiff has filed several incomprehensible letters and documents (Docs. 6-9), but more than thirty (30) days have elapsed and the Plaintiff has not paid the filing fee nor submitted an application to proceed *in forma pauperis*. In addition, he has not requested an additional extension of time in which to pay the filing fee or to submit the appropriate financial forms.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

/S/ C<small>HRISTOPHER</small> C. C<small>ONNER</small>
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated:     December 28, 2017